```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04838
   MICHEAL A FOREMAN
   BRIDGETTE F SMITH FOREMAN                   CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6530     SSN XXX-XX-8995


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/01/2006 and was confirmed 06/19/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     39818.39          .00       39818.39
AMERICAN HONDA FINANCE C  SECURED           14431.00       1102.19      14431.00
AMERICREDIT FINANCIAL SV  SECURED           12541.67        912.58      12541.67
IL STATE DISBURSEMENT UN  PRIORITY              .00           .00            .00
ACTION CARD               UNSEC W/INTER  NOT FILED            .00            .00
BIEHL & BIEHL             NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED            .00            .00
CHICAGO TRIBUNE           UNSEC W/INTER  NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER       180.00         25.30         180.00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED            .00            .00
CREDIT ONE BANK           UNSEC W/INTER  NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER         .00           .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      1208.56        161.61        1208.56
EVERGREEN PARK COMM HIGH  UNSEC W/INTER     11673.66       1635.65       11673.66
FIRST NATIONAL BANK       UNSEC W/INTER  NOT FILED            .00            .00
PREMIER BANCARD CHARTER   UNSEC W/INTER       454.88         63.81         454.88
GOMBERG SHARFMAN GOLD OS  NOTICE ONLY    NOT FILED            .00            .00
HOWARD UNIVERSITY         UNSEC W/INTER  NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       351.28         49.25         351.28
ISAC                      NOTICE ONLY    NOT FILED            .00            .00
MEDCLR                    UNSEC W/INTER  NOT FILED            .00            .00
NICOR GAS                 FILED LATE          417.96          .00            .00
NORTHLAND GROUP INC       NOTICE ONLY    NOT FILED            .00            .00
MORTHWESTERN UNIVERSITY   UNSEC W/INTER  NOT FILED            .00            .00
SAINT XAVIER UNIVERSITY   UNSEC W/INTER      4285.71        714.26        4285.71
TELLER LEVIT & SILVERTRU  NOTICE ONLY    NOT FILED            .00            .00
UNIVERSITY OF CHIC PHYSI  UNSEC W/INTER  NOT FILED            .00            .00
MORTGAGE ELETRONIC REGIS  NOTICE ONLY    NOT FILED            .00            .00
BOOKSPAN/DOUBLEDAY BOOK   UNSEC W/INTER        72.59         10.53          72.59
LYNN BAINES               NOTICE ONLY    NOT FILED            .00            .00
HOWARD UNIVERSITY         SECURED NOT I    37492.16          .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 04838 MICHEAL A FOREMAN & BRIDGETTE F SMITH FOREMAN
```

```
B-REAL LLC                 UNSEC W/INTER     169.00              23.93           169.00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     179.82              25.24           179.82
AMERICAN HONDA FINANCE C   UNSEC W/INTER     181.89              25.50           181.89
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     432.00              57.75           432.00
LVNV FUNDING LLC           UNSEC W/INTER     643.79              90.23           643.79
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY     1,774.00                             1,774.00
TOM VAUGHN                 TRUSTEE                                               6,093.05
DEBTOR REFUND              REFUND                                                5,538.88
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```
                         RECEIPTS              DISBURSEMENTS
```
--------------------------------------------------------------------------------
```
TRUSTEE                 104,928.00

PRIORITY                                              .00
SECURED                                         66,791.06
    INTEREST                                     2,014.77
UNSECURED                                       19,833.18
    INTEREST                                     2,883.06
ADMINISTRATIVE                                   1,774.00
TRUSTEE COMPENSATION                             6,093.05
DEBTOR REFUND                                    5,538.88
                        ---------------         ---------------
TOTALS                  104,928.00              104,928.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/20/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE